UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL LANE, | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : CIVIL NO. 3:CV-14-830 |
| | : |
| JEROME W. WALSH, et al., | : (Judge Kosik) |
| | : |
| Defendants | : |

## ORDER

**AND NOW, THIS 23rd DAY OF JUNE, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Plaintiff's motion for counsel (Doc. 32) is **denied** .

2.  Defendants' motion to stay discovery (Doc. 15) is **denied as moot**.

3.  Plaintiff's request for the voluntary dismissal of Defendants Mahally, Zakarauskas, Gordon, Patterson, Cicerchia, Pall and Wilson (Doc. 45) is **granted, and said Defendants are dismissed from this action.**

4.  Defendant Wilson's motion for judgment on the pleadings (Doc. 30) is **dismissed as moot**.

5.  The DOC Defendants' motion for judgment on the pleadings (Doc. 28) is **granted with respect to** Defendants, Walsh and Snyder and judgment is entered in their favor. The DOC Defendants' motion for judgment on the pleadings **is dismissed as moot with respect to** the remaining DOC Defendants who have been voluntarily dismissed from this action.

6.      The federal claims against Defendants, Brown and Spady, are **dismissed pursuant to 28 U.S.C. § 1915A**.  The court will not exercise its pendent jurisdiction with respect to any state claims against said Defendants.  Plaintiff is free to pursue any such claims in state court if he so desires.

7.      Plaintiff's motion for leave to amend the complaint (Doc. 39) is **denied**.

8.      The Clerk of Court is directed to **close this case**.

s/Edwin M. Kosik
EDWIN M. KOSIK
United States District Judge